```
                                                          FILED
                                                    2015 JUL 1 PM 1 23

                                                    KENNETH JORDAN, CLERK
        UNITED STATES BANKRUPTCY COURT              U.S. BANKRUPTCY COURT
          SOUTHERN DISTRICT OF OHIO                   COLUMBUS, OHIO
                EASTERN DIVISIONS
```

IN RE:                                          CHAPTER 13

_Rebecca Rowoth_
(debtor(s) name)                                CASE NO __11-53603__

                                                JUDGE _____

### NOTICE OF CHANGE OF ADDRESS
### (DEBTOR ADDRESS)

| | | | | | | |
|---|---|---|---|---|---|---|
| **Your Name** | Print or Type - Last Name, First Name, Middle Initial<br>_Rowoth, Rebecca E._ | | | | | |
| **Your Name** | Print or Type - Last Name, First Name, Middle Initial | | | | | |
| **Old Address** | No. and Street<br>_6338 Ambleside Dr_ | Apt./Suite No.<br>_A_ | P.O. Box | R.R. No. | Rural Box No. | |
| | City and State<br>_Columbus,_ | | State<br>_OH_ | ZIP Code<br>_43229_ | | |
| **New Address** | No. and Street<br>_2826 Pontiac St._ | Apt./Suite No. | P.O. Box | R.R. No. | Rural Box No. | |
| | City and State<br>_Columbus_ | | State<br>_OH_ | ZIP Code<br>_43241_ | | |
| **Sign Here** | Signature<br>_Rebecca Rowoth_ | | Date new address in effect<br>_5/1/2014_ | Case No.<br>_11-53603_ | | |

**CHANGE OF ADDRESS REQUEST FOR Chapter 13**

COPIES TO:

UNITED STATES BANKRUPTCY COURT
170 N. HIGH ST
COLUMBUS OH 43115


Faye D. English, Chapter 13 Trustee
10 W. Broad Street, Suite 900
Columbus, OH 43215